UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-10184-NMG |
| ) | |
| (1) JOHN McHUGH, ) | |
| Defendant. ) | |

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS IN PARTIAL SATISFACTION OF MONEY JUDGMENT

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture of Substitute Assets in Partial Satisfaction of Money Judgment in the above-captioned case pursuant 28 U.S.C. § 2461(c), 18 U.S.C. § 982(b)(1), both incorporated by 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture of Substitute Assets in Partial Satisfaction of Money Judgment is submitted herewith. In support thereof, the United States sets forth the following:

1. On October 10, 2013, a federal grand jury sitting in the District of Massachusetts returned a three-count Superseding Indictment, charging defendant John McHugh (the "Defendant") with Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. § 846 (Count One), Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Two), and Conspiracy to Collect Debt by Extortionate Means, in violation of 18 U.S.C. § 894(a) (Count Three).

2. The Superseding Indictment also provided notice to the Defendant that the United States sought a forfeiture money judgment, pursuant to 21 U.S.C. § 853, 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

*Motion allowed.  s/NM Gorton, USDJ  9/22/17*