UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10184-NMG |
| | ) | |
| (1) JOHN McHUGH, | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE OF SUBSTITUTE ASSETS
IN PARTIAL SATISFACTION OF MONEY JUDGMENT**

**GORTON, D.J.**

WHEREAS, on October 10, 2013, a federal grand jury sitting in the District of

Massachusetts returned a three-count Superseding Indictment, charging defendant John McHugh

(the "Defendant") with Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. § 846

(Count One), Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Two),

and Conspiracy to Collect Debt by Extortionate Means, in violation of 18 U.S.C. § 894(a) (Count

Three);

WHEREAS, the Superseding Indictment also provided notice to the Defendant that the

United States sought a forfeiture money judgment, pursuant to 21 U.S.C. § 853, 18 U.S.C.

§§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c);

WHEREAS, the Superseding Indictment further provided that the United States was

entitled to forfeit substitute assets not to exceed the forfeiture money judgment, pursuant to 21

U.S.C. § 853(p), and 18 U.S.C. § 982(b)(1), 28 U.S.C. § 2461(c), both incorporating 21 U.S.C.

§ 853(p);

WHEREAS, on March 6, 2015, this Court issued an Order of Forfeiture (Money

Judgment) consisting of a personal money judgment against the Defendant in the amount of

$200,000 in United States currency (the "Money Judgment");

WHEREAS, on July 7, 2015, and April 11, 2017, this Court issued Preliminary Orders of

Forfeiture in Partial Satisfaction of Money Judgment for the following properties:

      a.  $4,230 in United States currency seized from John McHugh on July 13, 2012 (the "Currency"); and

      b.  One Breitling Watch seized from John McHugh on July 13, 2012 (the "Breitling Watch");

(collectively, the "Properties");

WHEREAS, as it relates to the Currency, notice of the Preliminary Order of Forfeiture

for Substitute Assets in partial Satisfaction of Money Judgment was sent to all interested parties

and published on the government website www.forfeiture.gov for thirty consecutive days,

beginning on July 10, 2015, and ending on August 8, 2015;

WHEREAS, as it relates to the Breitling Watch, notice of the Preliminary Order for

Substitute Assets in Partial Satisfaction of Money Judgment was sent to all interested parties and

published on the government website www.forfeiture.gov for thirty consecutive days, beginning

on April 18, 2017, and ending on May 17, 2017;

WHEREAS, no claims of interest in the Properties have been filed with Court or served

on the United States Attorney's Office, and the time within which to do so has expired; and

WHEREAS, pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 982(b)(1), both incorporated by

21 U.S.C. § 853,(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States

is entitled to a Final Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money

Judgment against the Properties.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.    The United States' Motion for a Final Order of Forfeiture is allowed.

2.    The United States is now entitled to the forfeiture of all right, title or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.    This court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4.    All other parties having any right, title or interest in the Properties are hereby held in default.

5.    The United States Bureau of Immigration and Customs Enforcement is hereby authorized to dispose of the Properties in accordance with applicable law.

Dated: 9/22/17

NATHANIEL M. GORTON
United States District Judge

3